| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JOSE ALEJANDRO GUTIERREZ, § <br> § <br> Petitioner, § <br> § <br> *versus* § <br> § <br> WARDEN FCI BEAUMONT MEDIUM, § <br> § <br> Respondent. § | <br><br><br><br> CIVIL ACTION NO. 1:20-CV-36 |

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Jose Alejandro Gutierrez, proceeding *pro se*, filed this petition for writ of habeas corpus. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court.

The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends granting the motion for summary judgment filed by the respondent and denying the petition pursuant to Federal Rule of Civil Procedure 56.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The motion for summary judgment is **GRANTED**. A final judgment will be entered denying the petition.

SIGNED at Beaumont, Texas, this 24th day of June, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE